**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CRAIG MEHR and NICK DAVIS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>NRRM, LLC, d/b/a CARSHIELD, STOPREPAIRBILLS.COM, VEHICLE PROTECTION CENTER, and AUTO SERVICE AGENCY, f/k/a NATIONAL DEALERS WARRANTY, INC.; RUDGE GILMAN, NICHOLAS HAMILTON, MARK TRAVIS, and STEVE PROETZ,<br><br>                Defendants. | CASE NO. 4:16-cv-657 (RWS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(A)(i), Plaintiffs Craig Mehr and Nick Davis ("Plaintiffs"), through their Counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Respectfully submitted this 17th day of August, 2016.

By:   /s/ Jay Angoff
       Jay Angoff (MO Bar No. 46415)
       MEHRI & SKALET, PLLC
       1250 Connecticut Ave., NW, Suite 300
       Washington, DC 20036
       Telephone: (202) 822-5100
       Facsimile: (202) 822-4997
       jay.angoff@findjustice.com
       sskalet@findjustice.com Email:
       cbriskin@findjustice.com

Stacy M. Bardo
Email:  stacy@bardolawpc.com
One South Dearborn Street, Suite 2100
Chicago, Illinois 60603
Telephone:  (312) 219-6980
Facsimile:  (312) 219-6981

Beth E. Terrell (pro hac vice)
Email:  bterrell@terrellmarshall.com
Jennifer Rust Murray (pro hac vice)
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*